**Loretta HUBER, Respondent,**

v.

**Greg E. HUBER, Appellant.**

**No. WD 62360.**

Missouri Court of Appeals, Western District.

Dec. 23, 2003.

Steven D. Wolcott, Liberty, MO, for Appellant.

John K. Allinder, Independence, MO for Respondent.

Before THOMAS H. NEWTON, P.J., PATRICIA A. BRECKENRIDGE and PAUL M. SPINDEN, JJ.

**ORDER**

PER CURIAM.

Mr. Greg E. Huber appeals from the judgment of the trial court, which dissolved his marriage to Mrs. Loretta Huber, divided the marital and non-marital property, awarded child support to Mr. Huber, and awarded statutory attorney's fees to Mrs. Huber. For the reasons set forth in the memorandum provided to the parties, we dismiss Mr. Huber's third point for inadequate briefing and otherwise affirm the judgment of the trial court. Rule 84.16(b).